UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAMIAN M. MIRANDA, | ) | |
| | ) | 1:11-CV-01085 OWW SMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER DISMISSING ACTION** |
| | ) | |
| RESURGENT CAPITAL SERVICES, L.P. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

Pursuant to the notice of voluntary dismissal filed August 12, 2011 pursuant to FRCvP 41,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice.

IT IS SO ORDERED.

**Dated: August 17, 2011**          **_/s/ OLIVER W. WANGER_**

                                                  **UNITED STATES DISTRICT JUDGE**

1